**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**FEB - 3 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
|  | ) |
| v. | ) Criminal No. 10-341 (ESH) |
|  | ) |
| TYRONDA FERRELL | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

In a hearing before Magistrate Judge Robinson on January 19, 2011, defendant Tyronda

Ferrell entered a plea of guilty. On that date, the magistrate judge issued a Report and

Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 3, 2011